■ In the Matter of NEW YORK CITY ASBESTOS LITIGATION. RALPH P. NORTH, Respondent, v AIR & LIQUID SYSTEMS CORPORATION, as Successor by Merger to BUFFALO PUMPS, INC., et al., Defendants, NATIONAL GRID GENERATION LLC, Respondent-Appellant, and O'CONNOR CONSTRUCTORS INC., Appellant-Respondent. [34 NYS3d 452]—

> **[Decision previously reported at this citation has been recalled and vacated (see 2016 NY Slip Op 81351[U] [2016]) and a new decision issued (see 142 AD3d 408 [2016]).]**